IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICK TOM, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

HUNTINGTON BANCSHARES
INCORPORATED, as successor in
interest to Sky Financial Group, Inc., et al.,

    Defendants.

CASE NO. C2-08-0443
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

_5-12-2008_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE